# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:08cr128-3

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| TERRANCE DEANDREW BACKUS. ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon the Defendant's "*Pro Se* Motion for Clarify November 10, 2011, Filing of Movant" [Doc. 521].

The Defendant seeks to clarify to the Court that his motion filed on November 10, 2011 [Doc. 492] should have been denominated as one filed under 28 U.S.C. § 2255. [Doc. 521]. The docket has been corrected to reflect that the Defendant's November 10, 2011 motion is a motion filed pursuant to 28 U.S.C. § 2255. [See Doc. 492]. Accordingly, the Defendant's motion to clarify is moot.

**IT IS, THEREFORE, ORDERED** that the Defendant's "*Pro Se* Motion for Clarify November 10, 2011, Filing of Movant" [Doc. 521] is hereby **DENIED AS MOOT**.

**IT IS SO ORDERED.** Signed: March 19, 2012

Martin Reidinger
United States District Judge

2