# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:08-cr-00128-MR-DLH-3

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> TERRANCE DEANDREW BACKUS, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's "Motion for Relief Pursuant to Rule 59(e)" [Doc. 697], which the Court construes as a motion for reconsideration.

The Defendant seeks reconsideration of the Court's January 19, 2016 Order denying the Defendant a reduction of his sentence pursuant to 18 U.S.C. § 3582. [Doc. 694]. The Court is without authority to reconsider the Order denying the Defendant relief under § 3582. See United States v. Goodwyn, 596 F.3d 233, 236 (4th Cir. Cir. 2010). Even if the Court had such authority, the Court finds no basis in law to reconsider its prior Order. Accordingly, the Defendant's motion for reconsideration is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion for Relief Pursuant to Rule 59(e)" [Doc. 697], which the Court construes as a motion for reconsideration, is **DENIED**.

**IT IS SO ORDERED.**

Signed: February 12, 2016

Martin Reidinger
United States District Judge